**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7194

BRANDON ROBERTS,

Plaintiff – Appellant,

v.

CHRISTOPHER MCKENZIE, CO II; MICHAEL J. STOUFFER, Commissioner; JOHN ROWLEY, Former Warden; JUSTIN ADAM, CO II; BRADLEY WILT, Lt.; THOMAS DORCUN, CO II; JOHN DOE 1; JOHN DOE 2, CO II,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:12-cv-02474-AW)

Submitted: March 28, 2014          Decided: April 15, 2014

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon Roberts, Appellant Pro Se. Dorianne Avery Meloy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Roberts appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Roberts v. McKenzie</u>, No. 8:12-cv-02474-AW (D. Md. June 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

<u>AFFIRMED</u>